[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-11042

Non-Argument Calendar

_____

JOHN T. WILLIAMS,

                                        Plaintiff-Appellant,

*versus*

UNKNOWN FEDERAL AGENTS OF THE
UNITED STATES MARSHALS SERVICE,
UNKNOWN FEDERAL AGENTS OF THE
FEDERAL BUREAU OF INVESTIGATION,
UNKNOWN OFFICIALS OF THE U.S.
DEPARTMENT OF JUSTICE,

                                        Defendants-Appellees.

_____

2                    Opinion of the Court                    25-11042

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-01256-MHC

_____

Before JORDAN, JILL PRYOR, and LUCK, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. John Williams, proceedings *pro se*, appeals from the magistrate judge's March 17, 2025, order, which granted Williams leave to proceed *in forma pauperis* in two other cases and recommended that his complaint be dismissed as frivolous and that the filing injunction against him be expanded.

A magistrate judge's recommendation on a dispositive matter that has not been adopted or otherwise rendered final by the district court at the time the notice of appeal is filed is not final and appealable. *See Perez-Priego v. Alachua Cnty. Clerk of Ct.*, 148 F.3d 1272, 1273 (11th Cir. 1998); 28 U.S.C. §§ 636(b)(1), 1291. The district court's subsequent adoption of the recommendation did not cure Williams's premature notice of appeal. *See Perez-Priego*, 148 F.3d at 1273. Additionally, Williams lacks standing to challenge the magistrate judge's grant of his applications for leave to proceed *in forma pauperis* in two other cases because that ruling did not injure him in any way. *See Wolff v. Cash 4 Titles*, 351 F.3d 1348, 1353-54 (11th Cir. 2003); *Nationwide Mut. Ins. Co. v. Barrow*, 29 F.4th 1299, 1301 (11th Cir. 2022).